IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| E & H STEEL CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE HASKELL COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

1:06 CV 1132-WKW

## ANSWER

COMES NOW defendant The Haskell Company, Inc. ("Haskell") and for Answer to the Complaint of Plaintiff E&H Steel Corporation ("Plaintiff") states as follows:

1. a. Admitted that Plaintiff is an Alabama corporation doing business in Alabama.

    b. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Denied.

6. Denied.

## AFFIRMATIVE DEFENSES

1. Defendant pleads the affirmative defense of failure of consideration.

2. Defendant pleads the affirmative defense of unclean hands.

3. Defendant pleads the affirmative defense of lack of consideration.

4. Defendant pleads the affirmative defense of non-delivery.

5. Defendant pleads the Plaintiff's own breach caused by Plaintiff's negligent performance of its work.

6. Defendant pleads any other matter constituting an avoidance or affirmative defense.

_____
Richard E. Smith (SMI106)
Greer B. Mallette (MAL025)
Attorneys for Defendants

OF COUNSEL
CHRISTIAN & SMALL LLP
505 20th Street North, Suite 1800
Birmingham, AL 35203
205-250-6643
205-328-7234 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 20th day of December served a copy of the above and foregoing upon all counsel of record in this cause by using the CM/ECF system and/or U.S. Mail which will send notification of such filing to the following:

Elizabeth Glascow
Farmer, Price, Hornsby & Weatherford, LLP
P.O. Drawer 2228
Dothan, AL 36302

David W. Mockbee
Mary Elizabeth Hall
Mockbee Hall & Drake, P.A.
The Lamar Life Building, Suite 1000
317 East Capital Street
Jackson, MS 39201

_____
OF COUNSEL