IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| E & H STEEL CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:06cv1132-WKW |
| THE HASKELL COMPANY, INC., | ) |
| | ) |
| Defendant. | ) |

**DISCLOSURE STATEMENT PURSUANT TO
RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

COMES NOW defendant The Haskell Company (hereinafter "Defendant"), pursuant to Federal Rule of Civil Procedure 7.1, and states that Defendant is a privately held corporation with no parent corporations and no stock held by any publicly held corporations.

Respectfully submitted this   2nd   day of January, 2007.

                                          /s/   Greer B. Mallette
                                         Richard E. Smith (SMI106)
                                         Greer B. Mallette (MAL025)
                                         Attorneys for Defendant

OF COUNSEL:
CHRISTIAN & SMALL LLP
505 20th Street North, Suite 1800
Birmingham, AL 35203
205-250-6643
205-328-7234 (fax)

# CERTIFICATE OF SERVICE

I hereby certify that I have this  2nd  day of January, 2007 served a copy of the above and foregoing upon all counsel of record in this cause by U.S. Mail and by using the CM/ECF system which will send notification of such filing to the following:

Elizabeth Glascow
Farmer, Price, Hornsby & Weatherford, LLP
P.O. Drawer 2228
Dothan, AL 36302

David W. Mockbee
Mary Elizabeth Hall
Mockbee Hall & Drake, P.A.
The Lamar Life Building, Suite 1000
317 East Capital Street
Jackson, MS 39201

                                             /s/     Greer B. Mallette
                                             OF COUNSEL