IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| E & H STEEL CONTRACTING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:06-CV-01132-WKW-SRW |
| | ) | |
| THE HASKELL COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff, E&H Steel Contracting, Inc., makes the following corporate disclosure statement in accordance with Federal Rule of Civil Procedure 7.1 and states that Plaintiff is a privately held corporation with no parent corporations and no stock held by any publicly held corporations

                Respectfully submitted,
                E&H STEEL CONTRACTING, INC.
                By its attorneys,

                FARMER, PRICE, HORNSBY &
                WEATHERFORD, L.L.P.

                By: s/Elizabeth B. Glasgow
                Elizabeth B. Glasgow
                Edward M. Price, Jr.
                Post Office Drawer 2228
                Dothan, Alabama 36302
                334-793-2424

OF COUNSEL:

DAVID W. MOCKBEE
MARY ELIZABETH HALL
MOCKBEE HALL & DRAKE, P.A.
The Lamar Life Building, Suite 1000
317 East Capitol Street
Jackson, MS 39201
601-353-0035

## CERTIFICATE OF SERVICE

I, Elizabeth B. Glasgow, do hereby certify that as of this date, I have filed electronically the foregoing Corporate Disclosure Statement with the Clerk of Court using the ECF system which sent notification of such filing to the following:

> Richard E. Smith, Esq.
> Greer B. Mallette, Esq.
> Christian & Small LLP
> 505 20th Street North, Suite 1800
> Birmingham, AL 35203

Dated: January 9, 2007.

s/Elizabeth B. Glasgow
Elizabeth B. Glasgow