IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

E & H STEEL CONTRACTING, INC.,   )
                                 )
    Plaintiff,                   )
                                 )
vs.                              )   Case No. 1:06cv01132-WKW-SRW
                                 )
THE HASKELL COMPANY, INC.,       )
                                 )
    Defendant.                   )

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff, E&H Steel Contracting, Inc. ("E&H"), requests that David W. Mockbee, Esq. and Mary Elizabeth Hall, Esq., Mockbee, Hall & Drake, P.A., Lamar Life Building, Suite 1000, 317 East Capitol Street, Jackson, Mississippi 39201, telephone (601) 353-0035, be admitted pro hac vice in the above litigation as counsel for E&H pursuant to Local Rule 83.1(b), and would respectfully represent to the Court as follows:

    a.    David W. Mockbee (Mississippi State Bar No. 3396), and Mary Elizabeth Hall (Mississippi State Bar No. 9169), certify that they are members in good standing of the bar of the State of Mississippi and are admitted to practice before the United States District Court for the Southern District of Mississippi (Certificates of Good Standing are attached hereto as Exhibits "A" and "B");

    b.    David W. Mockbee and Mary Elizabeth Hall submit themselves to the jurisdiction and rules of this Court governing professional conduct in this matter,

including Local Rule 83.1(b) in particular;

 c. Edward M. Price, Jr. and Elizabeth Glasgow, who are members of the bar of this Court and who maintain an office in Alabama for the practice of law, are designated as local counsel with whom this Court and opposing counsel may readily communicate regarding the conduct of the case, and who shall be responsible for the progress of this case, including the trial in default of the non-resident attorneys; and

 d. David W. Mockbee and Mary Elizabeth Hall certify that, with this application, they have paid all fees associated with this application.

WHEREFORE, Plaintiff, E&H Steel Contracting, Inc., moves that David W. Mockbee and Mary Elizabeth Hall be granted permission to appear and participate in this litigation pro hac vice as counsel for E&H.

       Respectfully submitted,

       E&H STEEL CONTRACTING, INC.
       By its attorneys,

       FARMER, PRICE, HORNSBY &
       WEATHERFORD, L.L.P.

       By: /s/ Elizabeth B. Glasgow
       Elizabeth B. Glasgow
       Edward M. Price, Jr.
       Post Office Drawer 2228
       Dothan, Alabama 36302
       334-793-2424

OF COUNSEL:

DAVID W. MOCKBEE
MARY ELIZABETH HALL
MOCKBEE HALL & DRAKE, P.A.
The Lamar Life Building, Suite 1000
317 East Capitol Street
Jackson, MS 39201
601-353-0035

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by first-class United States mail, properly addressed and postage prepaid on this the 9th day of January, 2007.

        Richard E. Smith, Esq.
        Greer B. Mallette, Esq.
        Christian & Small LLP
        505 20th Street North, Suite 1800
        Birmingham, AL 35203

                                  _____
                                  Elizabeth B. Glasgow

AO82 SWEDA  
(Rev. 4/91)

TRIPLICATE  
RECEIPT FOR PAYMENT  
UNITED STATES DISTRICT COURT  
for the  
MIDDLE DISTRICT OF ALABAMA  
at _____MONTGOMERY_____

| Fund | |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
| | General and Special Funds |
| 508800 | Immigration Fees |
| 085000 | Attorney Admission Fees |
| 086900 | Filing Fees |
| 322340 | Sale of Publication |
| 322350 | Copy Fees |
| 322360 | Miscellaneous |
| 143500 | Interest |
| 322380 | Recoveries of Court Costs |
| 322386 | Restitution of U.S. Government |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 504100 | Crime Victims Fund |
| 613300 | Unclaimed Monies |
| 510000 | Filings Spec. Acct. |
| 510100 | Registry Admin. Acct. |

**THIS IS A RECEIPT, NOT A BILL**

CASE REFERENCE:

_[handwritten: 1:06cv1132-WKW]_

RECEIVED FROM

_[handwritten illegible name and address, Jackson, MS]_

DEPUTY CLERK _[handwritten initials]_

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    MISSISSIPPI

**CERTIFICATE OF
GOOD STANDING**

I, _____J. T. NOBLIN_____ , Clerk of this Court,

certify that _David Watkins Mockbee_ , Bar # 3396 ,

was duly admitted to practice in this Court on

_____August 8, 1975_____ , and is in good standing
DATE

as a member of the Bar of this Court.

Dated at _Jackson, Mississippi_ on _January 3, 2007_ .
LOCATION                                    DATE


J. T. NOBLIN                                            _(signature)_
CLERK                                              DEPUTY CLERK

EXHIBIT
A

AO 136 (Rev. 9/98) Certificate of Good Standing

UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     MISSISSIPPI

**CERTIFICATE OF
GOOD STANDING**

I, _____ J. T. NOBLIN _____ , *Clerk of this Court,*

certify that _____ Mary Elizabeth Hall _____ , *Bar #* 9169 ,

*was duly admitted to practice in this Court on*

_____ October 7, 1982 _____ , *and is in good standing*
DATE

*as a member of the Bar of this Court.*

Dated at _____ Jackson, Mississippi _____ on _____ January 3, 2007 _____ .
LOCATION                                            DATE

J. T. NOBLIN                    *R. Lowery*
CLERK                             DEPUTY CLERK

EXHIBIT
B