IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| E & H STEEL CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:06-cv-1132-WKW |
| | ) | |
| THE HASKELL COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Upon consideration of the Motion for David W. Mockbee and Mary Elizabeth Hall to Appear Pro Hac Vice (Doc. #6) filed on January 10, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this 11th day of January, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE