# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| E & H STEEL CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:06cv1132--WKW |
| | ) |
| THE HASKELL COMPANY, INC., | ) |
| | ) |
| Defendant. | ) |

## MOTION TO CONTINUE DEADLINE FOR SUBMISSION OF REPORT OF PARTIES PLANNING MEETING

COMES NOW defendant The Haskell Company, Inc. ("Haskell") and requests a continuance of the deadline for submission of the Rule 26 Report of Parties Planning Meeting. As grounds for such, Haskell shows that the parties feel settlement is likely within the next two days. Counsel for Plaintiff E&H Steel Corporation has agreed to such continuance and counsel for the parties have contacted the Court regarding same.

WHEREFORE, PREMISES CONSIDERED, Haskell requests the Court to continue the deadline for submission of the R26 Report of Parties Planning Meeting.

    /s/Greer B. Mallette
Richard E. Smith (SMI106)
Greer B. Mallette (MAL025)
Attorneys for Defendant

OF COUNSEL
CHRISTIAN & SMALL LLP
505 20th Street North, Suite 1800
Birmingham, AL 35203
205-250-6643
205-328-7234 (fax)

## CERTIFICATE OF SERVICE

     I hereby certify that I have on this the ___29th___ day of January, 2007 served a copy of the above and foregoing upon all counsel of record in this cause by U.S. Mail and by using the CM/ECF system which will send notification of such filing to the following:

Elizabeth Glascow
Farmer, Price, Hornsby & Weatherford, LLP
P.O. Drawer 2228
Dothan, AL 36302

David W. Mockbee
Mary Elizabeth Hall
Alex Guidry
Mockbee Hall & Drake, P.A.
The Lamar Life Building, Suite 1000
317 East Capital Street
Jackson, MS 39201

                                                     ___/s/ Greer B. Mallette___
                                                             OF COUNSEL