IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| E & H STEEL CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:06-cv-1132-WKW |
| | ) | |
| THE HASKELL COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the defendant's Motion to Continue Deadline for Submission of Rule 26 Report (Doc. # 8), it is ORDERED that the motion is GRANTED. In light of the representation that settlement is likely, it is ORDERED that the parties shall file, **on or before February 20, 2007**, either a joint stipulation of dismissal or their Rule 26 Report.

DONE this 30th day of January, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE