IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| E & H STEEL CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 1:06-cv-1132-WKW |
| | ) |
| THE HASKELL COMPANY, INC., | ) |
| | ) |
| Defendant. | ) |

JOINT STIPULATION OF DISMISSAL

Comes now the Plaintiff and the Defendant, by and through their undersigned attorneys of record and agree that the above case may be dismissed with prejudice, with each side bearing its own costs. This the 16 day of February, 2007.

_____
Elizabeth Glasgow
Attorney for Plaintiff
E & H Steel Corporation

OF COUNSEL:
FARMER, PRICE, HORNSBY &
WEATHERFORD, L.L.P.
Post Office Drawer 2228
Dothan, AL 36302
(334) 793-2424

_____
Richard E. Smith
Attorney for Defendant
The Haskell Co., Inc.

OF COUNSEL:
CHRISTIAN & SMALL LLP
505 20th Street North
Suite 1800 Financial Center
Birmingham, AL  35203-2696