IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |  |
|---|---|---|
| E & H STEEL CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:06-cv-1132-WKW |
| | ) | |
| THE HASKELL COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The parties filed a Joint Stipulation of Dismissal (Doc. # 10). Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby ORDERED that this civil action is DISMISSED WITH PREJUDICE.

An appropriate judgment will be entered.

DONE this 20th day of February, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE